UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK GARANT,

        Plaintiff,                                    Case Number 18-12619

v.                                                    Honorable David M. Lawson

NORFOLK SOUTHERN RAILWAY CO.,

        Defendant.
_____/

**ORDER GRANTING IN PART MOTION TO VACATE THE SCHEDULING ORDER AND FINAL PRETRIAL CONFERENCE AND JURY TRIAL DATES**

This matter is before the Court on defendant Norfolk Southern Railway Co.'s motion to vacate the scheduling order and final pretrial conference and jury trial dates and reset them after the Court has ruled on the defendant's pending motion for summary judgment. The Court has reviewed the defendant's motion and finds that it ought to be granted in part.

Accordingly, it is **ORDERED** that the defendant's motion to vacate the scheduling order and final pretrial conference and jury trial dates (ECF No. 40) is **GRANTED IN PART**. The deadline for filing motions *in limine* and submitting the final pretrial order, the final pretrial, and the trial are **SUSPENDED** until further order of the Court.

                                                                                  s/David M. Lawson
                                                                                  DAVID M. LAWSON
                                                                                  United States District Judge

Date:  January 10, 2020

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on January 10, 2020

                            s/Susan K. Pinkowski
                            SUSAN K. PINKOWSKI