UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK GARANT,

        Plaintiff,                    Case Number 18-12619

v.                                      Honorable David M. Lawson

NORFOLK SOUTHERN RAILWAY CO.,

        Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on a motion by attorney John A. Tosto to withdraw his appearance as counsel of record for the plaintiff. The Court has reviewed the motion and heard oral argument on January 22, 2020. At the end of the hearing, the Court announced from the bench its decision to grant the motion.

Accordingly, for the reasons stated on the record, it is **ORDERED** that the motion to withdraw by attorney John A. Tosto (ECF No. 37) is **GRANTED**, attorney Tonto's appearance in this matter as counsel of record for the plaintiff is **TERMINATED**, and he is discharged from any further responsibility to the Court in this matter.

                                                                s/David M. Lawson
                                                                DAVID M. LAWSON
                                                                United States District Judge

Date: January 30, 2020

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on January 30, 2020.

                                 s/Susan K. Pinkowski
                                 SUSAN K. PINKOWSKI